```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 12113
   WLADYSLAW GLISTA
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5736


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/06/2007 and was not confirmed.

     The case was dismissed without confirmation 10/24/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
AMERICAN HONDA FINANCE C  SECURED VEHIC   13213.19            .00          705.00
INDYMAC BANK              NOTICE ONLY     NOT FILED           .00             .00
INDYMAC BANK              NOTICE ONLY     NOT FILED           .00             .00
INDYMAC BANK              CURRENT MORTG        .00            .00             .00
INDYMAC BANK              MORTGAGE ARRE   15000.00            .00             .00
INDYMACK BANK             CURRENT MORTG        .00            .00             .00
INDYMACK BANK             MORTGAGE ARRE    1200.00            .00             .00
MARKET STREET MORTGAGE    NOTICE ONLY     NOT FILED           .00             .00
MARKET STREET MORTGAGE    NOTICE ONLY     NOT FILED           .00             .00
MB FINANCIAL BANK         NOTICE ONLY     NOT FILED           .00             .00
THOMAS R HITCHCOCK        PRIORITY        NOT FILED           .00             .00
AMERICAN EXPRESS CENTURI  UNSECURED        2862.50            .00             .00
AMEX                      UNSECURED       NOT FILED           .00             .00
ECAST SETTLEMENT CORP     UNSECURED         364.25            .00             .00
ECAST                     UNSECURED         820.58            .00             .00
PEOPLES GAS & LIGHT       UNSECURED       NOT FILED           .00             .00
ANA GLISTA                NOTICE ONLY     NOT FILED           .00             .00
MB FINANCIAL              SECURED              .00            .00             .00
ECAST SETTLEMENT CORP     UNSECURED         327.13            .00             .00
THOMAS R HITCHCOCK        DEBTOR ATTY     2,738.50                         568.85
TOM VAUGHN                TRUSTEE                                           91.15
DEBTOR REFUND             REFUND                                              .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              1,365.00

PRIORITY                                       .00
SECURED                                     705.00
UNSECURED                                      .00
ADMINISTRATIVE                              568.85
TRUSTEE COMPENSATION                         91.15
DEBTOR REFUND                                  .00

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 12113 WLADYSLAW GLISTA
```

```
                                 ---------------    ---------------
TOTALS                                  1,365.00           1,365.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                 /s/ Tom Vaughn
Dated: 01/25/08                  _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE
```